# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0169.  TIFFANY N. CAGE v. WILLIE C. BUCHANAN, JR.

In March 2017, Tiffany N. Cage filed a complaint seeking a divorce from Willie C. Buchanan, Jr., on the ground that the marriage was irretrievably broken. Cage subsequently moved for judgment on the pleadings, asserting that she is entitled to a divorce as a matter of law because there are no outstanding issues between the parties. The trial court denied Cage's motion based in part on the parties' failure to submit a settlement agreement that resolves all issues. The court also highlighted that the matter was not ready for a final hearing owing to an incomplete record despite multiple requests by the court to both sides to submit missing documents. Cage filed a timely application seeking discretionary review of the court's order. We, however, lack jurisdiction.

The trial court's order denying Cage's motion for judgment on the pleadings is an interlocutory order because the divorce action remains pending below. Cage therefore was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Where, as here, both discretionary and interlocutory appeal procedures apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial court before filing an application.  See *Scruggs*, 261 Ga. at 588-589 (1).

Cage's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/28/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen

_____ *, Clerk.*